**RUTAN & TUCKER, LLP**
Proud Usahacharoenporn (State Bar No. 278204)
pusaha@rutan.com
Briana Richmond (State Bar No. 301824)
brichmond@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
CONSUMERDIRECT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation,<br><br>   Plaintiff,<br><br>   vs<br><br>PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CALLANDOR, LLC, a Delaware limited liability company; CTH SKIN CORP., a Delaware corporation; HOTBILLS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 8:21-cv-01968-(JVS) (ADSx)<br>Honorable James V. Selna<br>Courtroom 10C<br><br>**DECLARATION OF JIMENA CORTES IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>[*Filed concurrently with Notice of Motion and Motion; Declarations of Proud Usahacharoenporn, David Coulter, Angela Pescatore, and Rachelle Alexander; Notice of Lodging; and [Proposed] Order*]<br><br>**Hearing**<br>Date:  March 7, 2022<br>Time:  1:30 p.m.<br>Dept.:  10C<br><br>Date Action Filed:  December 1, 2021<br>Trial Date:  Not Set |

/ / /

/ / /

/ / /

# DECLARATION OF JIMENA CORTES

I, Jimena Cortes, hereby declare and state as follows:

1. I am the VP of Product Partnerships of ConsumerDirect, Inc. ("Plaintiff"). I make this Declaration in support of Plaintiff's Motion for a Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On or about August 26 or 27, 2021, I visited the website located at https://www.fisglobal.com/en/fis-fintech-accelerator, which is a platform on which startup financial technology firms can make presentations to attract investors, among other things. When I visited the website, I viewed a video posted by Array US, Inc., a true and correct copy of which is submitted concurrently hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 19, 2022, at   Irvine  ,   California  .

*[DocuSigned by: Jimena Cortes — 9CC153C2EF2649B...]*

Jimena Cortes