1 | RUTAN & TUCKER, LLP
Proud Usahacharoenporn (State Bar No. 278204)
2 | pusaha@rutan.com
Briana Richmond (State Bar No. 301824)
3 | brichmond@rutan.com
18575 Jamboree Road, 9th Floor
4 | Irvine, California 92612
Telephone: 714-641-5100
5 | Facsimile:  714-546-9035

6 | Attorneys for Plaintiff
CONSUMERDIRECT, INC.
7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

11 | CONSUMERDIRECT, INC., a Nevada corporation,

12 |             Plaintiff,

13 | vs

14 | PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CALLANDOR, LLC, a Delaware limited liability company; CTH SKIN CORP., a Delaware corporation; HOTBILLS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,

20 |             Defendants.

Case No. 8:21-cv-01968-(JVS) (ADSx)
Honorable James V. Selna
Courtroom 10C

**DECLARATION OF DAVID COULTER IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

*[Filed concurrently with Notice of Motion and Motion; Declarations of Proud Usahacharoenporn, Angela Pescatore, Jimena Cortes, and Rachelle Alexander; Notice of Lodging; and [Proposed] Order]*

**Hearing**
Date:      March 7, 2022
Time:      1:30 p.m.
Dept.:     10C

Date Action Filed: December 1, 2021
Trial Date:        Not Set

26 | / / /
27 | / / /
28 | / / /

Rutan & Tucker, LLP
attorneys at law

2530/102119-0036
17320602.1 a01/21/22

-1-

COULTER DECLARATION ISO
MOTION FOR PRELIMINARY
INJUNCTION

## DECLARATION OF DAVID COULTER

I, David Coulter, hereby declare and state as follows:

1. I am the President and CEO of ConsumerDirect, Inc. ("Plaintiff") and have been since its inception in 2003. I make this Declaration in support of Plaintiff's Motion for a Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Plaintiff has provided consumer self-help financial services, including credit management, credit reporting services, credit counseling, and credit monitoring to consumers since at least 2009. Plaintiff provides these services through numerous of its own websites such as smartcredit.com (since about 2009), idlock.com (since about 2015), and creditmonitoring.com (since about 2015). Plaintiff also partners with other financial services companies and creates white labels and co-brands for them, which allows Plaintiff's partners to display and utilize Plaintiff's financial services on the partners' websites. Attached hereto as Exhibit 2 is a true and correct copy of the homepage of smartcredit.com as accessed on December 21, 2021. Attached hereto as Exhibit 3 is a true and correct copy of the homepage of idlock.com as accessed on December 21, 2021. Attached hereto as Exhibit 4 is a true and correct copy of the homepage of creditmonitoring.com as accessed on December 29, 2021. Among other things, Plaintiff's websites offer memberships that allow customers to view and track their credit scores and reports, receive credit alerts, learn about credit, and use tools to resolve any disputed or fraudulent items that appear on the credit report. Plaintiff also provides identity theft monitoring and financial management tools through its websites.

3. In connection with these websites, Plaintiff or its predecessor-in-interest has continuously and prominently used the Marks: (1) "SMARTCREDIT" and "SMARTCREDIT.COM" (the "SMARTCREDIT Marks"); (2) "IDLOCK" and

Rutan & Tucker, LLP
attorneys at law

2530/102119-0036
17320602.1 a01/21/22

-2-

COULTER DECLARATION ISO
MOTION FOR PRELIMINARY
INJUNCTION

"IDLOCK.COM" (the "IDLOCK.COM Marks"); and (3) CREDITMONITORING.COM (the "CREDITMONITORING Mark") to denote the source of its products and services. The SMARTCREDIT Marks, the IDLOCK.COM Marks, and the CREDITMONITORING Mark are hereinafter collectively referred to as the "Marks."

4. Plaintiff owns several federal trademark registrations on the United States Patent and Trademark Office's ("USPTO") Principal Register, including for the Mark "SMARTCREDIT" for goods and services in Classes 35, 36, and 42, Registration No. 6068903 dated June 2, 2020 and the Mark "SMARTCREDIT.COM" for goods and services in Classes 35, 36, and 45, Registration No. 3819295 dated July 13, 2010. True and correct copies of Plaintiff's registrations for "SMARTCREDIT" and "SMARTCREDIT.COM" are attached hereto as Exhibits 5 and 6, respectively.

5. Plaintiff has committed significant amounts of time, effort, and money from the time it first started using these Marks to the present to developing a nationwide reputation through the Marks. Plaintiff advertises its goods and services under the Marks all over the country by radio, television, online marketing, other various direct to consumer marketing, and indirect marketing through Plaintiff's over 7,000 business partners. Plaintiff spends over $24 million annually advertising the Marks and conducted approximately $61 million in gross sales under these Marks in 2021. Thus, members of the general consumer population such as the over 4 million consumers who are members of Plaintiff's websites recognize the Marks as exclusive source identifiers for goods and services relating to consumer self-help financial services as originating from, sponsored, or approved by Plaintiff.

6. Defendants Pentius, LLC and Array US, Inc. (collectively, "Defendants") are competitors of Plaintiff who also provide consumer self-help financial services and creates white labels and co-brands for other companies to allow them to display and utilize Defendants' financial services on their websites.

Rutan & Tucker, LLP
attorneys at law

2530/102119-0036
17320602.1 a01/21/22

-3-

COULTER DECLARATION ISO
MOTION FOR PRELIMINARY
INJUNCTION

7. Earlier this year, I discovered the following live websites that provide consumer self-help financial services such as the ones that Defendants provide: (1) smartcreditview.com and smartcreditcollege.com, which are confusingly similar to Plaintiff's website smartcredit.com; (2) theidlock.com, which is confusingly similar to Plaintiff's website idlock.com; and (3) creditmonitoringsolutions.com, propercreditmonitoring.com, credithivemonitor.com, honestcreditmonitoring.com, and creditmonitormaster.com, which are confusingly similar to Plaintiff's website creditmonitoring.com (collectively, the "Cybersquatting Domains"). Webpages within the Cybersquatting Domains use the marks "smartcreditview," "smartcreditcollege," and "theidlock," (hereinafter collectively referred to as the "Infringing Marks"). The operator(s) of these Cybersquatting Domains are not affiliated with or endorsed by Plaintiff, and do not have Plaintiff's permission to operate the Cybersquatting Domains or use the Infringing Marks.

8. The Cybersquatting Domains generally offer memberships that allow customers to view and track their credit scores and reports, receive credit alerts, learn about credit, and use tools to resolve any disputed or fraudulent items that appear on the credit report, similar to what Plaintiff's smartcredit.com and creditmonitoring.com do; smartcreditcollege.com offers a membership and sells a course book to educate customers about credit and ways to improve credit, similar to what Plaintiff's smartcredit.com does; theidlock.com offers a membership to a product that scans for potential identity theft and fraud, alerts customers of any suspicious activity, and assist with defending against and countering any identified threats, similar to what Plaintiff's idlock.com does.

9. Having worked in the credit reporting/financial self-help industry for over the past 20 years, I am generally knowledgeable about credit reporting/financial self-help websites available that compete with Plaintiff's websites. Some examples of such competing websites that are well-known in the industry are: (1) Credit

-4-

COULTER DECLARATION ISO
MOTION FOR PRELIMINARY
INJUNCTION

1. Karma's creditkarma.com; (2) Fico's myfico.com; (3) Credit Bliss' creditbliss.com; (4) MyFreeScoreNow, Inc.'s myfreescorenow.com; (5) Norton's lifelock.com; and (6) TransUnion's truecredit.com. True and correct copies of these websites' homepages as accessed on December 21, 2021 are attached hereto as Exhibits 7-12, respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 21, 2022, at Irvine, California.

*David B. Coulter*
David Coulter

Rutan & Tucker, LLP
attorneys at law

2530/102119-0036
17320602.1 a01/21/22

-5-

COULTER DECLARATION ISO
MOTION FOR PRELIMINARY
INJUNCTION