ROBERT J. NOLAN (Bar No. 235738)
robert.nolan@dlapiper.com
MATTHEW F. MILLER (Bar No. 172661)
matt.miller@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel: 415.836.2500 | Fax: 415.836.2501

HECTOR E. COREA (Bar No. 318971)
hector.corea@dlapiper.com
**DLA PIPER LLP (US)**
2000 Ave. of the Stars, Ste. 400, N-Tower
Los Angeles, California 90067-4735
Tel: 310.595.3000 | Fax: 310.595.3300

Attorneys for Defendant
ARRAY US INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation<br><br>Plaintiff,<br><br>v.<br><br>PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CALLANDOR, LLC, a Delaware limited liability company; CTH SKIN CORP., a Delaware corporation; HOTBILLS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:21-CV-01968-JVS-KESx<br><br>**DEFENDANT ARRAY US INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF JIMENA CORTES**<br><br>Date: March 7, 2022<br>Time: 1:30 a.m.<br>Crtrm: 10C<br><br>Complaint Filed: December 1, 2021<br>Trial Date: None set |

Defendant Array US Inc. hereby submits the follow evidentiary objections to the Declaration of Jimena Cortes (the "Cortes Declaration"), submitted in support of Plaintiff's Motion for Preliminary Injunction (the "Motion"). As set forth below, the Cortes Declaration is inadmissible and fails to pass muster under the Federal Rules of Evidence ("FRE").

| Para. | Proffered Evidence | Objection |
|---|---|---|
| 2. | On or about August 26 or 27, 2021, I visited the website located at https://www.fisglobal.com/en/fisfintech-accelerator, which is a platform on which startup financial technology firms can make presentations to attract investors, among other things. When I visited the website, I viewed a video posted by Array US, Inc., a true and correct copy of which is submitted concurrently hereto as Exhibit 1. | FRE 401, 602<br>The statement is irrelevant, lacks foundation, and does not appear to be within the witness's personal knowledge. The witness does not identify how this video is relevant to the instant Motion, on what facts the declarant bases the assertion that the website accurately reflects the declarant's characterization, nor the basis of the witness's knowledge about the website or that the exhibit is what the declarant claims it to be. |

Dated:  February 14, 2022

**DLA PIPER LLP (US)**

By: /s/ROBERT J. NOLAN
    ROBERT J. NOLAN
    MATTHEW F. MILLER
    HECTOR E. COREA

Attorneys for Defendant
ARRAY US INC.