RUTAN & TUCKER, LLP
Proud Usahacharoenporn (State Bar No. 278204)
pusaha@rutan.com
Briana Richmond (State Bar No. 301824)
brichmond@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
CONSUMERDIRECT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs<br><br>PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CALLANDOR, LLC, a Delaware limited liability company; CTH SKIN CORP., a Delaware corporation; HOTBILLS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:21-cv-01968-(JVS) (ADSx)<br>Honorable James V. Selna<br>Courtroom 10C<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CALLANDOR, LLC**<br><br><br><br>Date Action Filed: December 1, 2021<br>Trial Date: Not Set |

/ / /

/ / /

/ / /

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) & (ii) and the settlement agreement between Plaintiff ConsumerDirect, Inc. ("ConsumerDirect") and Defendant Callandor, LLC ("Callandor") (who has not yet answered the Complaint), the Parties hereby stipulate and request that:

(1)  the Court dismiss the action against Callandor without prejudice, ConsumerDirect and Callandor to bear their own costs and fees as to each other; and

(2)  the Court retain jurisdiction subsequent to this dismissal for the purpose of enforcing the settlement agreement between ConsumerDirect and Callandor.

**IT IS SO STIPULATED**.

Dated: March 1, 2022                    RUTAN & TUCKER, LLP

By: */s/ Proud Usahacharoenporn*
Proud Usahacharoenporn
Attorneys for Plaintiff
CONSUMERDIRECT, INC.

Dated: March 1, 2022                    EDELSON, P.C.

By: */s/ Benjamin H. Richman*
Benjamin H. Richman
Attorneys for Defendant
CALLANDOR, LLC

/ / /

Rutan & Tucker, LLP
attorneys at law

2835/102185-0172
14006757.1 a03/01/22

-1-

STIPULATION FOR DISMISSAL
WITHOUT PREJUDICE

**L.R. 5-4.3.4 Attestation**

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 1, 2022  By: */s/ Proud Usahacharoenporn*
  Proud Usahacharoenporn

Rutan & Tucker, LLP
attorneys at law

2835/102185-0172
14006757.1 a03/01/22

-2-

STIPULATION FOR DISMISSAL
WITHOUT PREJUDICE