1  RUTAN & TUCKER, LLP
   Proud Usahacharoenporn (State Bar No. 278204)
2  pusaha@rutan.com
   Briana Richmond (State Bar No. 301824)
3  brichmond@rutan.com
   18575 Jamboree Road, 9th Floor
4  Irvine, California 92612
   Telephone:  714-641-5100
5  Facsimile:   714-546-9035

6  Attorneys for Plaintiff
   CONSUMERDIRECT, INC.
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation,<br><br>           Plaintiff,<br><br>      vs<br><br>PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CALLANDOR, LLC, a Delaware limited liability company; CTH SKIN CORP., a Delaware corporation; HOTBILLS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.  8:21-cv-01968-(JVS) (ADSx)<br>Honorable James V. Selna<br>Courtroom 10C<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HOTBILLS, LLC**<br><br><br><br><br><br>Date Action Filed:  December 1, 2021<br>Trial Date:             Not Set |

26  / / /

27  / / /

28  / / /

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) & (ii) and the settlement agreement between Plaintiff ConsumerDirect, Inc. ("ConsumerDirect") and Defendant Hotbills, LLC ("Hotbills") (who has not yet answered the Complaint), the Parties hereby stipulate and request that:

(1) the Court dismiss the action against Hotbills with prejudice, ConsumerDirect and Hotbills to bear their own costs and fees as to each other; and

(2) the Court retain jurisdiction subsequent to this dismissal for the purpose of enforcing the settlement agreement between ConsumerDirect and Hotbills.

**IT IS SO STIPULATED**.

Dated: March 4, 2022                    RUTAN & TUCKER, LLP

By: */s/ Proud Usahacharoenporn*
    Proud Usahacharoenporn
    Attorneys for Plaintiff
    CONSUMERDIRECT, INC.

Dated: March 4, 2022                    THE LAW OFFICES OF JEFFREY N. GOLDBERG, P.C.

By: */s/ Jeffrey N. Goldberg*
    Jeffrey N. Goldberg
    Attorneys for Defendant
    HOTBILLS, LLC

/ / /

1  **L.R. 5-4.3.4 Attestation**

2  The filer attests that all other signatories listed, and on whose behalf the filing
3  is submitted, concur in the filing's content and have authorized the filing.

4  Dated:  March 4, 2022                    By: */s/ Proud Usahacharoenporn*
5                                                              Proud Usahacharoenporn

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rutan & Tucker, LLP
attorneys at law

2835/102185-0172
14006757.1 a03/04/22

-2-

STIPULATION FOR DISMISSAL
WITH PREJUDICE