Joseph Duffy (State Bar No. 241854)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave., 22nd Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.7378
Fax:  +1.213.612.2501

Jordan D. Hershman (*pro hac vice* pending)
Joshua M. Dalton (*pro hac vice* pending)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02110-1726
Tel:   +1.617.341.7700
Fax:  +1.617.341.7701

*Attorneys for Defendants*
*Pentius, LLC and System Admin, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation, <br><br> *Plaintiff*, <br><br> v. <br><br> PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CALLANDOR, LLC, a Delaware limited liability company; CTH SKIN CORP., a Delaware corporation; HOTBILLS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, <br><br> *Defendants*. | Case No. 8:21-cv-01968 <br><br> The Honorable James V. Selna <br><br> **SUPPLEMENTAL DECLARATION OF CHAD ERTEL IN FURTHER SUPPORT OF DEFENDANTS PENTIUS, LLC AND SYSTEM ADMIN, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing Date:  March 7, 2022 <br> Hearing Time:  1:30 pm |

# SUPPLEMENTAL DECLARATION OF CHAD ERTEL

I, Chad Ertel, hereby declare as follows:

1. I am the Chief Executive Officer ("CEO") of Pentius, LLC ("Pentius"). I have held that title since January 2020.

2. I have personal knowledge of the facts stated in this declaration or have relied upon records maintained in the ordinary course of business. If called and sworn as a witness, I could and would completely testify to the matters stated herein. I submit this supplemental declaration in further support of Defendants Pentius, LLC and System Admin, LLC's Opposition to Plaintiff's Motion for Preliminary Injunction.

3. In my role as CEO of Pentius, I know and understand the corporate structure, operations, and businesses of Pentius and System Admin, LLC ("System Admin"), which is a wholly-owned subsidiary of Pentius. I also know and understand these entities' officers and senior management, as well as the relationship, if any, among Pentius, System Admin, and the other Defendants in this litigation.

4. Pentius and System Admin provide the Internet Protocol ("IP") addresses that have been used by certain Array customers, but not the domain names selected by those customers. Pentius and System Admin have no contractual, commercial or other relationship with the Array customers that appear to own the Allegedly Infringing Domains.[1]

5. IP addresses and domain names are different things.

6. IP addresses are merely a series of numbers and decimals (*e.g.*, 123.456.78.90) that are used to specify the address of a particular server that is connected to the Internet.

---

[1] The "Allegedly Infringing Domains" are: smartcreditview.com, smartcreditcollege.com, theidlock.com, creditmonitoringsolutions.com, propercreditmonitoring.com, credithivemonitor.com, honestcreditmonitoring.com, and creditmonitormaster.com.

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Boston B

Suppl. Ertel Declaration
Case No. 8:21-cv-01968

7. Domain names are alphanumeric strings that are associated with particular IP addresses and websites. For example, to find the server associated with the IP address 123.456.78.90, a user might type into a web browser the domain name "uscourts.gov," and would then be directed to the website associated with that domain name. The user would never need to know the website's IP address.

8. The IP address is merely a conduit between the domain and the server hosting the website.

9. As I stated in my prior declaration (Dkt. 47-1), neither Pentius nor System Admin purchased or registered, and neither owns or operates, the Allegedly Infringing Domains, or the websites to which those domains are directed. For the avoidance of doubt, that means that Pentius and System Admin:

   a. **Did not purchase** any of the Allegedly Infringing Domains;

   b. **Did not register** any of the Allegedly Infringing Domains; and

   c. **Do not own (and have never owned)** any of the Allegedly Infringing Domains.

10. In other words, neither Pentius nor System Admin ever registered, trafficked in, or used any of the Allegedly Infringing Domains.

11. Neither Pentius nor System Admin owns, or played any part in the registration process for becoming an owner of, any of the Allegedly Infringing Domains. There is no evidence that either Pentius or System Admin owns any of the Allegedly Infringing Domains, because they simply do not.

12. Whois.com lists Corey Horan at CTH Skin Corp. as the registered owner of that Allegedly Infringing Domain. A true and correct screenshot from whois.com is attached hereto as Exhibit A. The registered owners of the other Allegedly Infringing Domains do not appear to be publicly listed, but <u>**none are owned by Pentius or System Admin.**</u>

13. For the avoidance of doubt, Pentius and System Admin:

   a. **Do not, and did not, select which domain names** are pointed at their

Morgan, Lewis & Bockius LLP
Attorneys at Law
Boston B

2

Suppl. Ertel Declaration
Case No. 8:21-cv-01968

IP addresses, and as such did not select the Allegedly Infringing Domains;

b. **Do not, and did not, control which domain names are pointed at their IP addresses**, and as such did not control the Allegedly Infringing Domains;

c. **Do not, and did not, monitor the content of the websites** to which the Allegedly Infringing Domains are directed;

d. **Do not, and did not, control the content of the websites** to which the Allegedly Infringing Domains are directed; and

e. **Do not, and did not, have the right to change the content** of the websites to which the Allegedly Infringing Domains are directed.

14. Pentius and System Admin do not, and did not, monitor or control any of the actual domain names or any other instrumentality used by the owners of the Allegedly Infringing Domains to engage in the accused conduct.

15. At no time prior to reviewing the letter sent by ConsumerDirect's counsel dated November 15, 2021, were Pentius or System Admin aware of even an allegation, let alone any specific instances, of trademark infringement regarding any of the Allegedly Infringing Domains.

16. At no time prior to reviewing the letter sent by ConsumerDirect's counsel dated November 15, 2021, were Pentius or System Admin aware of even an allegation, let alone any specific instances, of trademark infringement regarding the websites to which the Allegedly Infringing Domains were directed.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3
4  Executed this __15__ day of March, 2022
5
6                                              _____
7                                              Chad Ertel

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Boston B

4

Suppl. Ertel Declaration
Case No. 8:21-cv-01968