# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ConsumerDirect, Inc.<br><br>v.<br>Plaintiff(s) | CASE NUMBER:<br><br>8:21-cv-01968-JVS-ADSx |
| Pentius, LLC, et al.<br><br>Defendant(s) | MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Autumn D. Spaeth. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge   Autumn D. Spaeth

Date/Time   May 4, 2022 at 2:00 p.m.

Courtroom:   Telephonic  (Call information will be provided by separate email).

Dated:   May 2, 2022                             By:   K. Hopkins
                                                              Deputy Clerk