UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 8:21-01968 JVS (ADSx)　　　　　　　　　Date: May 4, 2022

Title: *ConsumerDirect, Inc. v. Pentius, LLC, et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | CS 05/04/2022 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Briana F. Richmond | Oscar M. Orozco-Botello |
|  | Timothy B. Yoo |
|  | Michael A. Geller |

**Proceedings:**　　　TELEPHONIC INFORMAL DISCOVERY CONFERENCE

　　Informal Discovery Conference held regarding Motions Re: Informal Discovery Dispute [112].

　　Conference held as reflected on the record. Parties shall submit a revised two-tiered Stipulated Protective Order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：20
　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　kh