RUTAN & TUCKER, LLP
Proud Usahacharoenporn (State Bar No. 278204)
pusaha@rutan.com
Briana Richmond (State Bar No. 301824)
brichmond@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
CONSUMERDIRECT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs<br><br>PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CTH SKIN CORP., a Delaware corporation; PENTOPS, LLC, a Delaware limited liability company; DAILY STOCKS, INC., a Delaware corporation; NECTRIS, LLC, a Utah limited liability company; CLARITY PROGRESSION, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:21-cv-01968-(JVS) (ADSx)<br>Honorable James V. Selna<br>Courtroom 10C<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NECTRIS, LLC AND CLARITY PROGRESSION, LLC**<br><br><br><br><br><br><br><br>Date Action Filed: December 1, 2021<br>Trial Date: July 11, 2023 |
| ARRAY US, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>vs<br><br>CONSUMERDIRECT, INC., a Nevada corporation, and DOES 1 through 10, inclusive,<br><br>Counter-Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) & (ii) and the settlement agreement between Plaintiff ConsumerDirect, Inc. ("ConsumerDirect") and Defendants Nectris LLC and Clarity Progression LLC (who have not yet answered the operative complaint), the Parties hereby stipulate and request that:

(1) the Court dismiss the action against Nectris LLC and Clarity Progression LLC with prejudice, and ConsumerDirect, Nectris LLC, and Clarity Progression LLC are to bear their own costs and fees as to each other; and

(2) the Court retain jurisdiction subsequent to this dismissal for the purpose of enforcing the settlement agreement between ConsumerDirect, Nectris LLC, and Clarity Progression LLC.

**IT IS SO STIPULATED**.

Dated: June 15, 2022                      RUTAN & TUCKER, LLP

By: */s/ Proud Usahacharoenporn*
Proud Usahacharoenporn
Attorneys for Plaintiff
CONSUMERDIRECT, INC.

Dated: June 15, 2022                      ALLEN, MITCHELL & ALLEN PLLC

By: *Matthew R. Pitts*
Matthew R. Pitts
Attorneys for Defendants
NECTRIS LLC and CLARITY PROGRESSION LLC

## L.R. 5-4.3.4 Attestation

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 15, 2022            By: */s/ Proud Usahacharoenporn*
                                     Proud Usahacharoenporn

Rutan & Tucker, LLP
attorneys at law

2835/102185-0172
14006757.1 a06/15/22

-3-

STIPULATION FOR DISMISSAL
WITH PREJUDICE