UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs<br><br>PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CTH SKIN CORP., a Delaware corporation; PENTOPS, LLC, a Delaware limited liability company; DAILY STOCKS, INC., a Delaware corporation; NECTRIS, LLC, a Utah limited liability company; CLARITY PROGRESSION, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>ARRAY US, INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>vs<br><br>CONSUMERDIRECT, INC., a Nevada corporation, and DOES 1 through 10, inclusive,<br><br>    Counter-Defendants. | Case No.  8:21-cv-01968-(JVS) (ADSx)<br>Honorable James V. Selna<br>Courtroom 10C<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NECTRIS, LLC AND CLARITY PROGRESSION, LLC**<br><br><br>Date Action Filed:  December 1, 2021<br>Trial Date:            July 11, 2023 |

Rutan & Tucker, LLP
attorneys at law

2530/102119-0036
17937707 1 a06/15/22

Upon consideration of Plaintiff ConsumerDirect, Inc. ("ConsumerDirect") and Defendants Nectris LLC and Clarity Progression LLC's (collectively, "Defendants") Joint Stipulation for dismissal of the action against Defendants with prejudice (the "Stipulation"),

THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Stipulation is GRANTED;

2. This action is dismissed with prejudice as to Defendants Nectris LLC and Clarity Progression LLC and Defendants to bear their own costs and fees as to each other;

3. The Court will retain jurisdiction subsequent to this dismissal for the purpose of enforcing the settlement agreement between ConsumerDirect and Defendants.

IT IS SO ORDERED.

Dated: June 16, 2022

_____
United States District Court Judge
James V Selna