UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 21-01968-JVS(KESx) |
| Title | ConsumerDirect, Inc. v. Pentius, LLC, et al |
| Date | July 24, 2023 |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Proud Usahacharoenporn<br>Briana Richmond | Timothy Yoo<br>Pete Markatos<br>Tyler Bexley |

**Proceedings:** **Motion Hearing [222], [225], [236], [242], [293], [295]**

Cause is called for hearing and counsel make their appearances. The Court's tentative ruling is issued. Motions are argued.

As stated on the record the Court orders counsel to meet and confer by the end of the week and submit a stipulation and proposed order with an agreed briefing schedule.

: 33

Initials of Preparer   eva