RUTAN & TUCKER, LLP
Proud Usahacharoenporn (State Bar No. 278204)
pusaha@rutan.com
Briana Richmond (State Bar No. 301824)
brichmond@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff/Counter-Defendant
CONSUMERDIRECT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　vs<br><br>PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CTH SKIN CORP., a Delaware corporation; PENTOPS, LLC, a Delaware limited liability company; DAILY STOCKS, INC., a Delaware corporation; NECTRIS, LLC, a Utah limited liability company; CLARITY PROGRESSION, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:21-cv-01968-(JVS) (ADSx)<br>Honorable James V. Selna<br>Courtroom 10C<br><br>**JOINT STIPULATION REGARDING BRIEFING ON MOTION TO STRIKE AND MOTION FOR LEAVE** |
| ARRAY US, INC., a Delaware corporation,<br><br>　　　　Counterclaimant,<br><br>　vs<br><br>CONSUMERDIRECT, INC., a Nevada corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Counter-Defendants. | Date Action Filed: December 1, 2021<br>Trial Date:　　　　October 2, 2023 |

Plaintiff/Counter-Defendant ConsumerDirect, Inc. ("ConsumerDirect"), Defendant/Counter-Claimant Array US, Inc. ("Array") and Defendants Pentius LLC, System Admin LLC, and Pentops LLC (collectively, "Defendants") by and through their undersigned counsel, hereby stipulate as follows:

1. On July 13, 2023, Array filed a motion to strike ConsumerDirect's answer (the "Motion to Strike") and set the hearing for August 14, 2023 (Dkt No. 293);

2. On July 14, 2023, ConsumerDirect filed a motion for leave to file an answer (the "Motion for Leave") and set the hearing for August 14, 2023 (Dkt No. 295);

3. Pursuant to the rules, the oppositions to both motions would have been due on July 24, 2023;

4. The Court issued a tentative ruling on the Motion to Strike and Motion for Leave on July 21, 2023 before the parties filed their oppositions;

5. On July 24, 2023, the Court ordered that the parties meet and confer on a briefing schedule for the Motion to Strike and Motion for Leave;

6. The parties agree to file their respective oppositions to the Motion to Strike and Motion for Leave by July 31, 2023 and replies by August 7, 2023 and request that the Court keep the August 14, 2023 hearing date for the two motions.

NOW, THEREFORE, Based on the foregoing recitals, the parties hereby stipulate to the following:

The parties agree to file their respective oppositions to the Motion to Strike and Motion for Leave by July 31, 2023 and replies by August 7, 2023 and request that the Court keep the August 14, 2023 hearing date for the two motions.

Rutan & Tucker, LLP
attorneys at law

2530/102119-0036
19426281

-2-

JOINT STIPULATION REGARDING
MOTION TO STRIKE AND MOTION FOR
LEAVE

| | | |
|---|---|---|
| 1 | Dated:  July 24, 2023 | RUTAN & TUCKER, LLP |
| 2 | | |
| 3 | | By:  */s/ Proud Usahacharoenporn* |
| 4 | | Proud Usahacharoenporn<br>Attorneys for Plaintiff/Counter-Defendant |
| 5 | | CONSUMERDIRECT, INC. |
| 6 | | |
| 7 | | |
| 8 | Dated:  July 24, 2023 | REESE MARKETOS LLP |
| 9 | | |
| 10 | | By: */s/ Tyler Bexley* |
| 11 | | Tyler Bexley<br>Attorneys for Defendant/Counter-Claimant ARRAY US, INC. |
| 12 | | |
| 13 | | |
| 14 | Dated:  July 24, 2023 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| 15 | | |
| 16 | | By:  */s/ Timothy B. Yoo* |
| 17 | | Timothy B. Yoo<br>Attorneys for Defendants Pentius LLC, System Admin, LLC and Pentops, LLC |
| 18 | | |
| 19 | | |

# ATTORNEY ATTESTATION OF CONCURRENCE IN FILING

I, Proud Usahacharoenporn, am the ECF user whose ID and password are being used to file the foregoing Joint Stipulation Regarding Scheduling.  Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of July, at Laguna Niguel, California.

*/s/ Proud Usahacharoenporn*
Proud Usahacharoenporn