| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | RUTAN & TUCKER, LLP<br>Proud Usahacharoenporn (State Bar No. 278204)<br>pusaha@rutan.com<br>Briana Richmond (State Bar No. 301824)<br>brichmond@rutan.com<br>18575 Jamboree Road, 9th Floor<br>Irvine, California 92612<br>Telephone: 714-641-5100<br>Facsimile:  714-546-9035 |
| 6<br>7 | Attorneys for Plaintiff/Counter-Defendant<br>CONSUMERDIRECT, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11<br>12<br>13 | CONSUMERDIRECT, INC., a Nevada corporation,<br><br>                    Plaintiff,<br><br>         vs | Case No.  8:21-cv-01968 (JVS) (ADSx)<br>Honorable James V. Selna<br>Courtroom 10C |
| 14<br>15<br>16<br>17<br>18<br>19<br>20<br>21 | PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CTH SKIN CORP., a Delaware corporation; PENTOPS, LLC, a Delaware limited liability company; DAILY STOCKS, INC., a Delaware corporation; NECTRIS, LLC, a Utah limited liability company; CLARITY PROGRESSION, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | **CONSUMERDIRECT, INC.'S SUPPLEMENTAL HEARING BRIEF REGARDING ARRAY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 24, 2023<br>Time: 1:30 p.m.<br>Ctrm: 10C |
| 22<br>23<br>24<br>25<br>26<br>27<br>28 | ARRAY US, INC., a Delaware corporation,<br><br>                    Counterclaimant,<br><br>         vs<br><br>CONSUMERDIRECT, INC., a Nevada corporation, and DOES 1 through 10, inclusive,<br><br>                    Counter-Defendants. | <br><br><br><br><br><br>Complaint Filed:   December 1, 2021<br>Trial Date:           October 2, 2023 |

Rutan & Tucker, LLP
attorneys at law

2530/102119-0036
19432675.1 a07/25/23

-1-

Case No. 8:21-cv-01968 (JVS) (ADSx)
CONSUMERDIRECT'S SUPPLEMENTAL HEARING
BRIEF RE ARRAY'S MSJ

Plaintiff/Counter-Defendant ConsumerDirect, Inc. ("ConsumerDirect") hereby submits this supplemental hearing brief in support of its opposition to the Motion for Summary Judgment (the "Motion") filed by Array US Inc. ("Array"). On July 24, 2023 at 1:30 p.m., the Court held a hearing on the Motion, the Honorable James V. Selna presiding. During the hearing, the Court inquired whether there is case law supporting the notion that violation of an industry standard can form the basis of an unfair competition claim (an issue that was not raised in Array's Motion). The requested authorities holding that violation of an industry standard can form the basis of an unfair competition claim are set forth below.

In *In re Adobe Sys., Inc. Priv. Litig.*, 66 F. Supp. 3d 1197, 1232 (N.D. Cal. 2014), the court held that the plaintiffs sufficiently alleged an unfair competition claim by identifying industry standards that the defendants failed to follow, which resulted in the defendants gaining an unfair competitive advantage because they saved money that their competitors had to spend complying with the industry standards.

In *Hameed-Bolden v. Forever 21 Retail, Inc.*, 2018 WL 6802818, at * 4 (C.D. Cal. October 1, 2018), the court held that the plaintiffs sufficiently pled a claim under the unfair competition law by alleging that defendants failed to follow industry standards.

In *Anderson v. Kimpton Hotel & Rest. Grp., LLC*, No. 19-CV-01860-MMC, 2019 WL 3753308, at *6 (N.D. Cal. Aug. 8, 2019), the court noted that an unfair competition claim can be based on failure to conform to an industry standard (but found that the plaintiff in that case failed to sufficiently allege what industry standard was violated).

In *Donohue v. Apple, Inc.*, 871 F. Supp. 2d 913, 928 (N.D. Cal. 2012), the court suggests that an unfair competition claim can be based on failure to conform to an industry standard (but found that the plaintiff in that case failed to sufficiently prove that an industry standard was violated).

Rutan & Tucker, LLP
attorneys at law

2530/102119-0036
19432675.1 a07/25/23

-1-

Case No. 8:21-cv-01968 (JVS) (ADSx)
CONSUMERDIRECT'S SUPPLEMENTAL HEARING
BRIEF RE ARRAY'S MSJ

1   For the foregoing reasons, there is ample case law supporting the Court's
2   tentative ruling denying Array's motion for summary judgment on
3   ConsumerDirect's unfair competition claim, and the Court should adopt its tentative
4   as the final order.

6   Dated: July 25, 2023                    RUTAN & TUCKER, LLP

8                                           By:   */s/ Proud Usahacharoenporn*
9                                                 Proud Usahacharoenporn
                                                  Attorneys for Plaintiff/Counter-
10                                                Defendant CONSUMERDIRECT,
                                                  INC.

Rutan & Tucker, LLP
attorneys at law

2530/102119-0036
19432675.1 a07/25/23

-2-

Case No. 8:21-cv-01968 (JVS) (ADSx)
CONSUMERDIRECT'S SUPPLEMENTAL HEARING
BRIEF RE ARRAY'S MSJ