**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CTH SKIN CORP., a Delaware corporation; PENTOPS, LLC, a Delaware limited liability company; DAILY STOCKS, INC., a Delaware corporation; NECTRIS, LLC, a Utah limited liability company; CLARITY PROGRESSION, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 8:21-cv-01968-JVS (ADS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PENTIUS, LLC'S EX PARTE APPLICATION FOR REVIEW OF MAGISTRATE JUDGE'S SEPTEMBER 14, 2023 ORDER (DKT. 401)   [410]**<br><br>Complaint Filed:   December 1, 2021<br>Final Pre-Trial<br>   Conference:   September 18, 2023<br>Trial Date:   October 3, 2023<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C |

3890760.1

[PROPOSED] ORDER GRANTING DEFENDANT PENTIUS, LLC'S EX PARTE APPLICATION FOR REVIEW OF MAGISTRATE JUDGE'S SEPTEMBER 14, 2023 ORDER

**[PROPOSED] ORDER**

After full consideration of Defendant Pentius, LLC's ("Pentius") *Ex Parte* Application for Review of Magistrate Judge's September 14, 2023 Order (Dkt. 401), any responses filed thereto, and for good cause shown, it is **HEREBY ORDERED** that:

Pentius's Motion is **GRANTE**D.  The Magistrate Judge's September 14, 2023 Order is hereby **REVERSED**, and ConsumerDirect's Motion to Compel is **DENIED** in its entirety.

**IT IS SO ORDERED.**

DATED:  October 20, 2023

**DENIED**
BY ORDER OF THE COURT

Honorable James V. Selna
United States District Judge

Denied for the same reasons as on Dkt No. 424

3890760.1

2

[PROPOSED] ORDER GRANTING DEFENDANT PENTIUS, LLC'S EX PARTE APPLICATION FOR REVIEW OF MAGISTRATE JUDGE'S SEPTEMBER 14, 2023 ORDER