Ariel A. Neuman - State Bar No. 241594
   aneuman@birdmarella.com
Timothy B. Yoo - State Bar No. 254332
   tyoo@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
   abowman@birdmarella.com
Kimmy Yu - State Bar No. 270234
   kyu@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants Pentius, LLC,
Pentops, LLC, and System Admin, LLC,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CTH SKIN CORP., a Delaware corporation; PENTOPS, LLC, a Delaware limited liability company; DAILY STOCKS, INC., a Delaware corporation; NECTRIS, LLC, a Utah limited liability company; CLARITY PROGRESSION, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 8:21-cv-01968-JVS (ADS)<br><br>**PENTIUS, LLC'S SUPPLEMENTAL PROPOSED SPECIAL JURY INSTRUCTION**<br><br>Complaint Filed:   December 1, 2021<br>Trial Date:           October 26, 2023<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C |

3897347.1

Pentius, LLC ("Pentius") hereby proposes the following supplemental special jury instruction:

1. Cotortfeasor

DATED: October 25, 2023

Ariel A. Neuman
Timothy B. Yoo
Ashley D. Bowman
Kimmy Yu
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By:   */s/ Ashley D. Bowman*
       Ashley D. Bowman
    Attorneys for Defendants Pentius, LLC,
    Pentops, LLC, and System Admin, LLC

# DEFENDANT PENTIUS'S PROPOSED SPECIAL JURY INSTRUCTION NO. 1: COTORTFEASOR

To prove that Pentius is liable as a cotortfeasor for intentional interference with contract alleged by ConsumerDirect, ConsumerDirect must establish that Pentius (1) knew that a tort had been, or was to be, committed, and (2) acted with the intent of facilitating the commission of that tort.

*Casey v. U.S. Bank Nat. Assn.,* 127 Cal. App. 4th 1138, 1146, 26 Cal. Rptr. 3d 401, 407 (2005).

**Plaintiff's Objection:**

ConsumerDirect objects on the grounds that this is untimely and the law cited pertains to aiding and abetting liability which is inapplicable.