# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 21-01968-JVS(ADSx) |
| Title: | ConsumerDirect, Inc. v. Pentius, LLC et al |
| Date | November 2, 2023 |

**Present: The Honorable** JAMES V. SELNA, UNITED STATES DISTRICT JUDGE

| Elsa Vargas/Erica Bustos | Deborah Parker / Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
Proud Usahacharoenporn, Briana Richmond

**Attorneys Present for Defendant(s):**
Timothy Yoo, Ashley Bowman,
Pete Marketos, Tyler Bexley, Whitney Wendel
Third Party Witness Counsel:   Viviana Boero Hedrick

___ Day Court Trial     4th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   **X** Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
**X** Witnesses called, sworn, and testified.   **X** Exhibits Identified   **X** Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court pre-instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   Briefs to be filed by _____
___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
**X** Case continued to   Friday, November 3, 2023, at 8:30 a.m.   for further trial/further jury deliberation.
**X** Other:   The Court orders the courtroom sealed for a portion of witness Kenneth Greaux testimony.   The Court further orders the portion of the transcript sealed, until further order of the Court

2 : 50

Initials of Deputy Clerk   eva

cc: