

**F I L E D**
CLERK, U.S. DISTRICT COURT

11/8/23

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ eva _____ DEPUTY

**ORIGINAL**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSUMERDIRECT, INC., | Case No. 8:21-cv-01968-JVS (ADS) |
| Plaintiff, | |
| vs. | |
| PENTIUS, LLC and ARRAY US, INC., | |
| Defendants. | |
| | |
| ARRAY US, INC., | |
| Counter-Claimant, | |
| vs. | |
| CONSUMERDIRECT, INC., | |
| Counter-Defendant. | |

## SPECIAL VERDICT

We the jury, being first duly empaneled and sworn in the above-entitled cause, do find as follows:

1

## I. ConsumerDirect's First Claim Against Array

1) Did ConsumerDirect prevail on its claim for trademark infringement against Array?

_____ Yes                    X  No

**If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, please proceed to Section II of this form.**

2) What are ConsumerDirect's damages?

$

## II. ConsumerDirect's Second Claim Against Array

1) Did ConsumerDirect prevail on its claim for false designation of origin against Array?

_____ Yes                    X  No

**If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, please proceed to Section III of this form.**

2) What are ConsumerDirect's damages?

$

### III. ConsumerDirect's Third Claim Against Array

1)   Did ConsumerDirect prevail on its claim that Array intentionally interfered with the IdentityClub contract?

_____ Yes            _X___ No

**If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, please proceed to Section IV of this form.**

2)   Did Array establish an unclean hands defense?

_____ Yes            _____ No

3)   Did Array establish a justification defense?

_____ Yes            _____ No

**If you answered "No" to both Questions 2 and 3, please proceed to Question 4. Otherwise, please proceed to Section IV of this form.**

4)   What are ConsumerDirect's damages?

$

**If you made more than one award of damages against Array to ConsumerDirect, answer this question.**

What is the total award of damages to ConsumerDirect, counting each element of damages only once even if it applies to more than one claim.

$

**If you made an award of damages in Section III, answer this question.**

Do you find by clear and convincing evidence with respect to the interference claim that Array acted with fraud, oppression or malice?

_____ Yes                    ___ No

### IV. ConsumerDirect's First Claim Against Pentius

1)  Did ConsumerDirect prevail on its claim for trademark infringement against Pentius?

_____ Yes            __X__ No

**If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, please proceed to Section V of this form.**

2)  What are ConsumerDirect's damages?

$

6

## V. ConsumerDirect's Second Claim Against Pentius

1)   Did ConsumerDirect prevail on its claim for false designation of origin against Pentius?

          _____ Yes              __X__ No

**If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, please proceed to Section VI of this form.**

2)   What are ConsumerDirect's damages?

$

## VI. ConsumerDirect's Third Claim Against Pentius

1)   Did ConsumerDirect prevail on its claim that Pentius intentionally interfered with the IdentityClub contract?

          _____ Yes              __X__ No

**If you answered "Yes" to Question 1, please proceed to Question 2. Otherwise, please proceed to Section VII of this form.**

2)   Did Pentius establish an unclean hands defense?

          _____ Yes              _____ No

3)   Did Pentius establish a defense of good faith?

          _____ Yes              _____ No

**If you answered "No" to both Questions 2 and 3, please proceed to Question 4.**

4)   What are ConsumerDirect's damages?

$ _____

**If you made more than one award of damages to ConsumerDirect, answer this question.**

What is the total award of damages to ConsumerDirect, counting each element of damages only once even if it applies to more than one claim.

$ _____

**If you made an award of damages in Section VI, answer this question.**

Do you find by clear and convincing evidence that Pentius acted with fraud, oppression or malice with respect to the interference claim?

_____ Yes          _____ No

### VII. Array's Claim Against ConsumerDirect

1)   Did Array prevail on its claim that ConsumerDirect intentionally interfered with Array's prospective business relations with TransUnion?

__X__ Yes          _____ No

6

**If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, please sign and date this verdict form below and return it to the bailiff.**

2)   Did ConsumerDirect establish an unclean hands defense?

_____ Yes           _X__ No

**If you answered "No" to Question 2, please proceed to Question 3. If you answered "Yes" to Question 2, please sign and date this verdict form below and return it to the bailiff..**

3)   What are Array's damages?

$ *1.3 M*

**If you made an award of damages in Section VII, answer this question.**

Do you find by clear and convincing evidence that ConsumerDirect acted with fraud, oppression or malice with respect to the interference claims?

_X_ Yes           ___ No

**The presiding juror should sign and date this verdict form.**

Dated this __8th__ day of _November_ 2023.

_____
Presiding Juror