**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CTH SKIN CORP., a Delaware corporation; PENTOPS, LLC, a Delaware limited liability company; DAILY STOCKS, INC., a Delaware corporation; NECTRIS, LLC, a Utah limited liability company; CLARITY PROGRESSION, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:21-cv-01968-JVS (ADS)<br><br>**FINAL JUDGMENT**<br><br>Complaint Filed: December 1, 2021<br>Trial Date: October 26, 2023<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C |

This matter is before the Court for entry of final judgment. The Court has already adjudicated certain claims by summary judgment. The remaining legal claims and defenses were tried to a jury commencing October 26, 2023, and the jury returned a verdict on November 8, 2023. On August 9, 2024, the Court entered findings of fact and conclusions of law on the remaining equitable claims and defenses.

The Court hereby enters judgment as follows:

(1) Plaintiff ConsumerDirect, Inc. ("ConsumerDirect") shall take nothing on its claims against Defendants Array US, Inc. ("Array") and Pentius, LLC ("Pentius");

(2) Array shall be awarded $1,300,000 in actual damages from ConsumerDirect, as determined by the jury;

(3) Array shall be awarded $3,900,000 in punitive damages from ConsumerDirect, as determined by the jury;

(4) Pursuant to the Court's August 6, 2024 Order, Defendants shall be awarded as sanctions against ConsumerDirect the amount of $199,016.77 in attorneys' fees and costs incurred in connection with ConsumerDirect's fraud on the Court; Array shall be awarded $14,300.11 for its share of the amount paid for the forensic report;

(6) Defendants shall be awarded post-judgment interest on all foregoing amounts from today's date at the prevailing statutory rate, calculated as the weekly average 1-year constant maturity (nominal) Treasury yield, as published by the Federal Reserve System each Monday for the preceding week;

(7) Defendants are prevailing parties, and costs of court shall be taxed against ConsumerDirect; and

///

///

///

(8) This is a final judgment disposing of all claims and all parties. Any relief not expressly granted is denied.

**IT IS SO ORDERED**.

Dated: August 20, 2024

                                Hon. James V. Selna
                                U.S. District Judge