JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CTH SKIN CORP., a Delaware corporation; PENTOPS, LLC, a Delaware limited liability company; DAILY STOCKS, INC., a Delaware corporation; NECTRIS, LLC, a Utah limited liability company; CLARITY PROGRESSION, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:21-cv-01968-JVS (ADS)<br><br>**AMENDED FINAL JUDGMENT**<br><br>Complaint Filed:  December 1, 2021<br>Trial Date:            October 26, 2023<br><br>Assigned to Hon. James V. Selna<br>Courtroom 10C |

1        This matter is before the Court for entry of final judgment. The Court has already adjudicated certain claims by summary judgment. The remaining legal claims and defenses were tried to a jury commencing October 26, 2023, and the jury returned a verdict on November 8, 2023. On August 9, 2024, the Court entered findings of fact and conclusions of law on the remaining equitable claims and defenses.

       The Court hereby enters judgment as follows:

       (1)     Plaintiff ConsumerDirect, Inc. ("ConsumerDirect") shall take nothing on its claims against Defendants Array US, Inc. ("Array") and Pentius, LLC ("Pentius");

       (2)     Array shall be awarded $1,300,000 in actual damages from ConsumerDirect, as determined by the jury;

       (3)     Array shall be awarded $3,900,000 in punitive damages from ConsumerDirect, as determined by the jury;

       (4)     Pursuant to the Court's August 6, 2024, Order, Defendants were awarded as sanctions against ConsumerDirect the amount of $199,016.77 in attorneys' fees and costs incurred in connection with ConsumerDirect's fraud on the Court; Array was awarded $14,300.11 for its share of the amount paid for the forensic report. This portion of the Judgment is stayed until September 5, 2024. If any portion of the sanctions has not been paid by that date, unpaid sums will accrue post-judgment interest from September 5, 2024, as provided herein.

       (6)     Defendants shall be awarded post-judgment interest on all foregoing amounts from today's date at the prevailing statutory rate, calculated as the weekly average 1-year constant maturity (nominal) Treasury yield, as published by the Federal Reserve System each Monday for the preceding week;

       (7)     Defendants are prevailing parties, and costs of court shall be taxed against ConsumerDirect pursuant to the procedure set forth in Rule 54(d) of the Federal Rules of Civil Procedure; and

(8) This is a final judgment disposing of all claims and all parties. Any relief not expressly granted is denied.

**IT IS SO ORDERED**.

Dated: August 22, 2024

_____
Hon. James V. Selna
U.S. District Judge

3