1  **REESE MARKETOS LLP**
2  Pete Marketos (*Admitted Pro Hac Vice*)
   pete.marketos@rm-firm.com
3  Tyler Bexley (*Admitted Pro Hac Vice*)
4  tyler.bexley@rm-firm.com
   Margaret Terwey
5  margaret.terwey@rm-firm.com
6  750 North St. Paul Street, Suite 600
   Dallas, Texas 75201
7  Tel: 214-382-9810
   Fax: 214-501-0731
8
9  *Attorneys for ARRAY US INC.*

10              **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**

12  | | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation, | Case No. 8:21-cv-01968 (JVS) (ADSx) Honorable James V. Selna Courtroom 10C |
| Plaintiff, | **JOINT STIPULATION TO MODIFY ORDER GRANTING STIPULATION REGARDING SCHEDULING [DKT. 583]** |
| vs | |
| PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CTH SKIN CORP., a Delaware corporation; PENTOPS, LLC, a Delaware limited liability company; DAILY STOCKS, INC., a Delaware corporation; NECTRIS, LLC, a Utah limited liability company; CLARITY PROGRESSION, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive, | Complaint Filed: December 1, 2021 Final Pretrial Conf.: February 9, 2026 Trial Date: March 3, 2026 |
| Defendants. | |
| ARRAY US, INC., a Delaware corporation, | |
| Counterclaimant, | |
| vs | |

| | |
|---|---|
| 1<br>2<br>3 | CONSUMERDIRECT, INC., a Nevada corporation, and DOES 1 through 10, inclusive,<br><br>        Counter-Defendants. |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On August 22, 2025, the Court scheduled a new trial date of March 3, 2026, and ordered the parties to meet and confer and submit a joint stipulation and proposed order proposing a new Final Pretrial Conference hearing and case management dates to correspond with the new Jury Trial date of March 3, 2026. [Dkt. No. 595.] ConsumerDirect, Inc. and Array US, Inc. have met and conferred and hereby stipulate as follows:

Pursuant to L.R. 16-11, the parties request a waiver of the pretrial procedures in L.R. 16-2 through 16-10. Because judgment has been entered on liability and compensatory damages and this trial is a limited retrial of the amount of punitive damages, which is only expected to last about two trial days, the parties believe that truncated pretrial procedures similar to those outlined in L.R. 16-11.2 are appropriate. Accordingly, the parties request the Court modify its Order Granting Stipulation Regarding Scheduling [Dkt. 583] as follows:

| | |
|---|---|
| Motions *in Limine* | January 12, 2026 |
| Oppositions to Motions *in Limine* | January 19, 2026 |
| Replies to Motions *in Limine* | January 26, 2026 |
| Meet and Confer re Exhibits, Proposed Jury Instructions, Proposed Deposition Designations, and Preparation of Pretrial Documents | January 26, 2026 |
| Succinct statement of the factual/legal issues | February 2, 2026 |
| Joint Exhibit List | February 2, 2026 |
| Witness List | February 2, 2026 |
| Deposition Designations (marked as required by L.R. 16-2.7) | February 2, 2026 |
| Proposed Jury Instructions | February 2, 2026 |
| Joint Proposed Pretrial Conference Order (including objections to exhibits) | February 2, 2026 |
| Objections to Deposition Designations | February 2, 2026 |
| Trial Briefs | February 2, 2026 |

| Final Pretrial Conference | February 9, 2026 |
| --- | --- |
| Exchange of Graphic and Illustrative Material (L.R. 16-3) | February 20, 2026 |
| Trial | March 3, 2026 |

Dated: August 29, 2025          REESE MARKETOS LLP

*/s/ Tyler Bexley*
Tyler Bexley
Attorney for ARRAY US, INC.

Dated: August 29, 2025          CYPRESS LLP

*/s/ Robert Muller*
Robert Muller
Attorney for ConsumerDirect, Inc.