# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUMERDIRECT, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>    vs<br><br>PENTIUS, LLC, a Delaware limited liability company; ARRAY US, INC., a Delaware corporation; SYSTEM ADMIN, LLC, a Florida limited liability company; CTH SKIN CORP., a Delaware corporation; PENTOPS, LLC, a Delaware limited liability company; DAILY STOCKS, INC., a Delaware corporation; NECTRIS, LLC, a Utah limited liability company; CLARITY PROGRESSION, LLC, a Florida limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>ARRAY US, INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>    vs<br><br>CONSUMERDIRECT, INC., a Nevada corporation, and DOES 1 through 10, inclusive,<br><br>    Counter-Defendants. | Case No. 8:21-cv-01968 (JVS) (ADSx)<br>Honorable James V. Selna<br>Courtroom 10C<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY ORDER GRANTING STIPULATION REGARDING SCHEDULING [DKT. 583] [597]**<br><br>Complaint Filed: December 1, 2021<br>Final Pretrial Conf.: February 9, 2026<br>Trial Date: March 3, 2026 |

1  Upon consideration of the Stipulation between Plaintiff/Counter-Defendant
2  ConsumerDirect, Inc. and Defendant/Counterclaimant Array US, Inc. (the
3  "Stipulation"), and good cause appearing therefore,
4  THE COURT HEREBY ORDERS AS FOLLOWS:
5  1.  The Stipulation is GRANTED;
6  2.  The following schedule shall govern pretrial filings and trial:

25 ///
26 ///
   ///

| | |
|---|---|
| Motions *in Limine* | January 12, 2026 |
| Oppositions to Motions *in Limine* | January 19, 2026 |
| Replies to Motions *in Limine* | January 26, 2026 |
| Meet and Confer re Exhibits, Proposed Jury Instructions, Proposed Deposition Designations, and Preparation of Pretrial Documents | January 26, 2026 |
| Succinct statement of the factual/legal issues | February 2, 2026 |
| Joint Exhibit List | February 2, 2026 |
| Witness List | February 2, 2026 |
| Deposition Designations (marked as required by L.R. 16-2.7) | February 2, 2026 |
| Proposed Jury Instructions | February 2, 2026 |
| Joint Proposed Pretrial Conference Order (including objections to exhibits) | February 2, 2026 |
| Objections to Deposition Designations | February 2, 2026 |
| Trial Briefs | February 2, 2026 |
| Final Pretrial Conference | February 9, 2026, 11 am |
| Exchange of Graphic and Illustrative Material (L.R. 16-3) | February 20, 2026 |
| Trial | March 3, 2026, 8:30 am |

**IT IS SO ORDERED**.

Dated: September 02, 2025

Hon. James V. Selna
United States District Judge

-2-

Case No. 8:21-cv-01968 (JVS) (ADSx)
ORDER GRANTING
JOINT STIPULATION